**Cornelius A. TUCKER, Petitioner—
Appellant,**

v.

**GENE M. JOHNSON, Respondent—
Appellee.**

No. 09–7827.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 15, 2009.

Decided: Dec. 22, 2009.

Cornelius A. Tucker, Appellant Pro Se.
Susan Mozley Harris, Assistant Attorney
General, Richmond, Virginia, for Appellee.

Before MICHAEL and DUNCAN,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Cornelius A. Tucker seeks to appeal the
district court's order denying relief on his
28 U.S.C. § 2254 (2006) petition. The or-
der is not appealable unless a circuit jus-
tice or judge issues a certificate of appeal-
ability. *See* 28 U.S.C. § 2253(c)(1) (2006).
A certificate of appealability will not issue
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2006). A prisoner satisfies
this standard by demonstrating that rea-
sonable jurists would find that any assess-
ment of the constitutional claims by the
district court is debatable or wrong and
that any dispositive procedural ruling by
the district court is likewise debatable.
*See Miller–El v. Cockrell,* 537 U.S. 322,
336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931
(2003); *Slack v. McDaniel,* 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *Rose v. Lee,* 252 F.3d 676, 683–84
(4th Cir.2001). We have independently re-
viewed the record and conclude that Tuck-
er has not made the requisite showing.
Accordingly, we deny a certificate of ap-
pealability and dismiss the appeal. We
further deny as moot Tucker's motion for
bail or release pending appeal. We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED.*